IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| GLENN LEONARD et al., | CR 20–99–M–DLC |
| Plaintiffs, | |
| vs. | ORDER |
| UNITED STATES OF AMERICA et al., | |
| Defendants. | |

Before the Court is Plaintiffs' Unopposed Motion to Dismiss Action with Prejudice. (Doc. 5.) Plaintiffs advise the Court that they have reached a settlement in this matter. (*Id.*)

IT IS ORDERED that the Motion (Doc. 5) is GRANTED. This case is DISMISSED with prejudice.

DATED this 29th day of July, 2020.

_____
Dana L. Christensen, District Judge
United States District Court

-1-